# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

## No. 98-60628
_____

### HAYWARD K. HILL; DIRECTOR, OFFICE OF WORKER'S COMPENSATION PROGRAMS, U.S. DEPARTMENT OF LABOR,

Respondents,

**versus**

### LOUISIANA DOCK CO., A Division of American Commercial Marine Service Company,

Petitioner.

_____

### Petition for Review of an Order
### of the Benefits Review Board
### (97-1633)
_____

September 13, 1999

Before DUHE,  BARKSDALE, and EMILIO M. GARZA, Circuit Judges:

PER CURIAM:*

**AFFIRMED.  See 5th Cir. Rule 47.6.**

---

*Pursuant to 5ᵀᴴ CɪR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CɪR. R. 47.5.4.